Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*            June 26, 2024
Hon. Gary Stein
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

         Re:     Adamec v. O'Malley, Commissioner of Social Security
                  <u>Docket No: 1:24-cv-02597-GS</u>

Hon. Judge Stein:

     This letter respectfully requests an extension of time of forty-five (45) days for Plaintiff to file Plaintiff's Brief in this matter, to August 19, 2024. Plaintiff's Brief is currently due on July 5, 2024; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

     Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between June 21, and August 16, 2024, staff in Counsel's office have one hundred and thirty-seven (137) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

     Plaintiff's counsel has contacted defense counsel who kindly consents to this request. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This would be a first request for an extension of time in this matter.

     If Plaintiff's request is granted, the new briefing schedule would be:

- **<u>Plaintiff's Brief is due on or before August 19, 2024;</u>**
- **<u>Defendant's Brief is due on or before October 3, 2024; and</u>**
- **<u>Plaintiff's Reply Brief, if any, is due on or before October 17, 2024.</u>**

//
//

Olinsky Law Group
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

Thank you for your consideration.

Respectfully submitted,

Application granted.  Plaintiff's brief is due August 19, 2024; Defendant's brief is due October 3, 2024; Plaintiff's reply, if any, is due October 17, 2024.

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Jonathan King, Esq., Attorney for Defendant

**SO ORDERED.**

Dated: July 12, 2024
      New York, New York

**U.S. Magistrate Judge**